IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BOUBACAR KEITA,

Petitioner,

vs.

WARDEN, MCCOOK DETENTION CENTER, TODD BLANCHE, Acting U.S. Attorney General; MARKWAYNE MULLIN, Secretary of Homeland Security; and DAVID J. VENTURELLA, Senior Official Performing the Duties of the Director of U.S. Immigration & Customs Enforcement;

Respondents.

**8:26CV366**

**MEMORANDUM AND ORDER**

This matter is before the Court on Petitioner Boubacar Keita's Motion to Reopen and Reconsider Writ of Habeas Corpus Petition. (Filing No. 13). Keita states that after an order to show cause was entered by this court (Filing No. 3), he was unable to file a reply brief "due to circumstances beyond [his] control." In his Motion, he alleges for the first time that he had previously been released into the community on an Order of Recognizance and is now being held pursuant to 8 U.S.C. § 1226(a). None of the Respondents filed a response to the motion.

The Court finds Keita has shown good cause to reopen this case, and that the Motion to Reopen and Reconsider the Writ of Habeas Corpus Petition should be granted.

Accordingly,

**IT IS ORDERED:**

1. Keita's Motion to Reopen and Reconsider Writ of Habeas Corpus Petition (Filing No. 13) is granted.

2. In considering the Petition for Writ of Habeas Corpus (Filing No. 1), the Court will consider the materials presented by Keita in his motion (Filing No. 13). Keita is directed to present to the Court any additional evidence and argument he would like considered, on or before October 16, 2026. If he has already submitted all his evidence and arguments, he may so inform the Court.

3. After the Court receives Keita's response, the Court will inform the Respondents if any additional response is needed from them.

4. The Clerk of Court is directed to mail a copy of this Memorandum and Order to Keita at his address of record.

Dated this 16th day of September, 2026.

BY THE COURT:

Susan M Bazis

Susan M. Bazis
United States District Judge